**Clara WENSMAN, Respondent,**

v.

**ORDER OF ST. BENEDICT/ST. JOHN'S UNIVERSITY, Self–Insured, and BRAC, Administrator, Relators,**

**and**

**Center for Diagnostic Imaging, St. Cloud Orthopedics, and Medicare, Intervenors.**

No. A04–1463.

Supreme Court of Minnesota.

Oct. 27, 2004.

Edward Q. Cassidy, Karen M. Charlson, Felhaber Larson Fenlon & Vogt, St. Paul, for Relator.

Ronald Drewski, Drewski & Lindberg, Sauk Rapids, for Respondent.

O R D E R

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed July 14, 2004, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (summary dispositions have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

Employee is awarded $1,200 in attorney fees.

BY THE COURT:

/s/ Helen M. Meyer
Associate Justice